UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DAVID J. KATHRENS, | ) | CASE NO.   C05-1831-JCC |
| | ) | (CR03-515-JCC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING § 2255 MOTION |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's § 2255 motion, the government's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's § 2255 motion (Doc. #1) is DISMISSED as untimely under 28 U.S.C. § 2255(1); and

(3) The Clerk is DIRECTED to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 2nd day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 2255 MOTION
PAGE -1